## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| JESSICA F. GUEST,<br>        Plaintiff, | CASE NO. 3:17-cv-00222-CRS |
| | **ELECTRONICALLY FILED** |
| vs. | Senior Judge Charles R. Simpson, III |
| WAKEFIELD & ASSOCIATES, INC.<br>and TRANSUNION LLC;<br>        Defendants. | |

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Jessica F. Guest, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Jessica F. Guest against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Jessica F. Guest and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

September 18, 2017

**Charles R. Simpson III, Senior Judge**
**United States District Court**